# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 20-1059** | **September Term, 2019** |
| | FERC-163FERC61236 |
| | FERC-171FERC61034 |
| | FERC-169FERC61239 |
| | FERC-171FERC61035 |

**Filed On: June 15, 2020** [1847244]

New Jersey Division of Rate Counsel, et al.,

      Petitioners

    v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

PJM Industrial Customer Coalition, et al.,
      Intervenors

------------------------------

Consolidated with 20-1095, 20-1118, 20-1120, 20-1125, 20-1126, 20-1131, 20-1139, 20-1154, 20-1155, 20-1191, 20-1194, 20-1203, 20-1204, 20-1205

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioners in case No(s). 20-1204 and 20-1205 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | July 15, 2020 |
| Statement of Issues to be Raised | July 15, 2020 |

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
            Tatiana A. Magruder
            Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form