# United States Court of Appeals

**For The District of Columbia Circuit**

_____

**No. 20-1059**                                                                 **September Term, 2020**

FERC-163FERC61236
FERC-169FERC61239
FERC-171FERC61034
FERC-171FERC61035

**Filed On: October 14, 2020**

New Jersey Division of Rate Counsel, et al.,

      Petitioners

    v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

PJM Industrial Customer Coalition, et al.,
              Intervenors

------------------------------

Consolidated with 20-1095, 20-1118, 20-1120,
20-1125, 20-1131, 20-1139, 20-1154, 20-1155,
20-1191, 20-1194, 20-1200, 20-1203, 20-1204,
20-1205, 20-1209, 20-1210, 20-1305, 20-1310,
20-1316

      **BEFORE:**    Henderson, Rogers, and Walker, Circuit Judges

## O R D E R

      Upon consideration of the motions to dismiss, the oppositions thereto, and the reply; the motions to govern further proceedings; and the June 16, 2020 order to show cause why certain petitions for review should not be transferred to the U.S. Court of Appeals for the Seventh Circuit and the responses thereto, it is

      **ORDERED** that the order to show cause be discharged. It is

      **FURTHER ORDERED**, on the court's own motion, that these consolidated petitions, including the motions to dismiss, be transferred to the U.S. Court of Appeals for the

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 20-1059**                                             **September Term, 2020**

Seventh Circuit.  See 28 U.S.C. § 2112(a)(5); Remington Lodging & Hosp., LLC v. NLRB, 747 F.3d 903, 904 (D.C. Cir. 2014).  The Clerk is directed to send a copy of this order and this court's original files to the U.S. Court of Appeals for the Seventh Circuit.

**Per Curiam**

                                         **FOR THE COURT:**
                                         Mark J. Langer, Clerk

                 BY:       /s/
                                 Manuel J. Castro
                                 Deputy Clerk